FILED: March 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1316

(7:14-cv-00079-F)

(10-00809-8-SWH)

_____

In re: HENRY LONDON ANDERSON, JR.

   Debtor

_____

STUBBS & PERDUE, P.A.

   Appellant

v.

JAMES B. ANGELL, Chapter 7 Trustee

   Trustee - Appellee

and

UNITED STATES OF AMERICA

   Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:14-cv-00079-F |

|  | 10-00809-8-SWH |
|---|---|
| Date notice of appeal filed in originating court: | 03/25/2015 |
| Appellant (s) | Stubbs & Perdue, P.A. |
| Appellate Case Number | 15-1316 |
| Case Manager | RJ Warren<br>804-916-2702 |