FILED: April 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1316

(7:14-cv-00079-F)

(10-00809-8-SWH)

_____

In re: HENRY LONDON ANDERSON, JR.

        Debtor

_____

STUBBS & PERDUE, P.A.

        Appellant

v.

JAMES B. ANGELL, Chapter 7 Trustee

        Trustee - Appellee

and

UNITED STATES OF AMERICA

        Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 06/04/2015

Opening brief due: 06/04/2015

Response brief due: 07/08/2015

Any reply brief: 14 days from service of response brief.

                                                                               For the Court--By Direction

                                                                           <u>/s/ Patricia S. Connor, Clerk</u>