UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 15-1316
(7:14-cv-00079-F)
(10-00809-8-SWH)

_____

STUBBS & PERDUE, P.A.

      Appellant

v.

JAMES B. ANGELL, CHAPTER 7 TRUSTEE FOR HENRY L. ANDERSON, JR. and INTERNAL REVENUE SERVICE,

      Appellees

_____

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Appellee James B. Angell, Chapter 7 Trustee for Henry L. Anderson, Jr., by and through counsel, hereby requests that the Court extend the time for filing his response brief for a period of 14 days up to and including July 22, 2015. In support of this motion the Trustee shows unto the Court as follows:

1. Appellant field the notice of appeal on March 25, 2015. On April 24, 2015, the Court entered an order setting the deadline for filing opening briefs as June 4, 2015, and that appellee's answering brief be filed by July 8, 2015.

2. The Trustee requests that the deadline for filing his response brief be extended for a period of 14 days up to and including July 22, 2015.

3. Counsel for the Appellant consents to this requested extension.

WHEREFORE, the Trustee requests that the time for filing his response brief be extended for a period of 14 days up to and including July 22, 2015.

This the 11th day of June, 2015.


/s/ Nicholas C. Brown
Nicholas C. Brown
Howard, Stallings, From, Hutson, Atkins, Angell & Davis, P.A.
P.O. Box 12347
Raleigh, NC 27605
nbrown@hsfh.com
Telephone: (919) 821-7700
*Attorney for James B. Angell, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Joseph Zachary Frost
Trawick Stubbs, Jr.
STUBBS & PERDUE, P.A.
Served via cm/ecf

Paul Andrew Allulis
United States of America
Served via cm/ecf

This the 11th day of June, 2015.

/s/ Nicholas C. Brown
Nicholas C. Brown
Howard, Stallings, From, Hutson, Atkins, Angell & Davis, P.A.
P.O. Box 12347
Raleigh, NC 27605
nbrown@hsfh.com
Telephone: (919) 821-7700
*Attorney for James B. Angell, Chapter 7 Trustee*