FILED:  June 12, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1316

(7:14-cv-00079-F)

(10-00809-8-SWH)

_____

In re: HENRY LONDON ANDERSON, JR.

       Debtor

_____

STUBBS & PERDUE, P.A.

       Appellant

v.

JAMES B. ANGELL, Chapter 7 Trustee

       Trustee - Appellee

and

UNITED STATES OF AMERICA

       Appellee

_____

O R D E R

_____

The court denies the motion for extension of time to file response brief as moot.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk